**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richmond WALL, III, Defendant–Appellant.**

**No. 01–7739.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

Charles Frederick Daum, Arlington, Virginia, for Appellant. Justin W. Williams, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Richmond Wall seeks to appeal the district court's order and opinion denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Wall,* No. CR–98–177–A (E.D. Va. filed Sept. 7, 2001; entered Sept. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*